December 20, 2011



# JUDGMENT

# The Fourteenth Court of Appeals

STUDIO WORKS, Appellant

NO. 14-11-00054-CV                              V.

LARRY BRUCE, Appellee

_____

This cause, an appeal from the judgment signed October 19, 2010 in favor of appellant Studio Works, was heard on the transcript of the record. We have inspected the record and have found no error in the judgment. We order the judgment of the court below **AFFIRMED**.

We order appellant Studio Works to pay all costs incurred in this appeal. We further order this decision certified below for observance.